IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CV-412-FL

| | |
|---|---|
| TIMOTHY BELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA and LAJUNE )<br>RAY, )<br>)<br>Defendants. | ORDER |

This matter is before the court on plaintiff's third motion for extension of time to file response to the memorandum and recommendation issued July 12, 2013, a motion by plaintiff for leave to file amended complaint, and a motion for dismissal wherein he asserts grounds for dismissal of the action because of his improper presentation.[1]

Taking up first the motion for leave to file amended complaint, given the procedural posture of the case, where the time to make such a motion long ago expired, the court DENIES plaintiff's motion for leave to file amended complaint. The motion for dismissal does not make sense, where at the same time plaintiff has filed a motion seeking until September 6, 2013, within which to make his response to the memorandum and recommendation. The court assumes plaintiff, proceeding *pro se*, must think that he should on his own dismiss the original complaint to advance his motion to amend. On this basis, the court DENIES this motion as MOOT.

---

[1] The court seizes here on the mandate of Rule 1 of the Federal Rules of Civil Procedure, under the circumstances presented, to make its determinations without any responses to the motions at issue.

If in fact plaintiff does want to dismiss without prejudice this action, he can make that plain in his response to the memorandum and recommendation, which the court will permit to be filed on or before September 6, 2013. As such, his motion for extension of time is ALLOWED.

SO ORDERED, this the 27th day of August, 2013.

LOUISE W. FLANAGAN
United States District Judge

2