UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BELL, | ) | |
| | ) | |
| Plaintiff, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | No. 5:12-CV-412-FL |
| | ) | |
| BANK OF AMERICA and LAJUNE RAY, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion for summary judgment and plaintiff's motion to dismiss without prejudice.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 25, 2013, and for the reasons set forth more specifically therein, that plaintiff's motion to dismiss without prejudice, pursuant to Rule 41(a)(2) is granted and this case is dismissed. The court denies defendants' motion for summary judgment as moot. Plaintiff shall bear the costs of the action.

**This Judgment Filed and Entered on September 25, 2013, and Copies To:**

Susan P. Dion (via CM/ECF Notice of Electronic Filing)
Bruce M. Steen (via CM/ECF Notice of Electronic Filing)
Anthony James Cuticchia, Jr. (via CM/ECF Notice of Electronic Filing)


September 25, 2013        JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk