UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:12-cv-412-FL

| | |
|---|---|
| TIMOTHY BELL,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA and<br>LAJUNE RAY,<br><br>    Defendants. | |

**EXHIBIT 1
TO
DECLARATION OF BRUCE M. STEEN
IN SUPPORT OF DEFENDANTS' BILL OF COSTS**

**Cyr, Christina J.**

| | |
|---|---|
| From: | paygovadmin@mail.doc.twai.gov |
| Sent: | Friday, July 06, 2012 1:39 PM |
| To: | Cyr, Christina J. |
| Subject: | Pay.gov Payment Confirmation: NCED CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Pay.gov Customer Service by phone at (800) 624-1373 or by email at pay.gov.clev@clev.frb.org.

Application Name: NCED CM ECF
Pay.gov Tracking ID: 25785L3B
Agency Tracking ID: 0417-2131731
Transaction Type: Sale
Transaction Date: Jul 6, 2012 1:38:59 PM

Account Holder Name: Bruce Steen
Transaction Amount: $350.00
Billing Address: 201 N. Tryon Street, Suite 3000
City: Charlotte
State/Province: NC
Zip/Postal Code: 28202
Country: USA
Card Type: Visa
Card Number: ************5690


THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.