UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:12-cv-412-FL

| | |
|---|---|
| TIMOTHY BELL,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA and<br>LAJUNE RAY,<br><br>    Defendants. | |

**EXHIBIT 2
TO
DECLARATION OF BRUCE M. STEEN
IN SUPPORT OF DEFENDANTS' BILL OF COSTS**

## Veritext Corporate Services, Inc.

290 West Mt. Pleasant Ave, Suite 2260
Livingston NJ 07039
Tel. 973-410-4040 Fax. 973-410-1313
Fed. Tax ID: 20-3457913


VERITEXT LEGAL SOLUTIONS

| Bill To: | | | |
|---|---|---|---|
| Bank of America<br>555 California St.<br>Fl. 8<br>San Francisco, CA, 94104-1511 | | Invoice #:<br>Invoice Date:<br>Balance Due: | CS1589713<br>10/24/2012<br>$0.00 |

| Case: | Timothy Bell v. Bank Of America And Lajune Ray | Billing #: | L10320-20120613 |
|---|---|---|---|
| Job #: | 1535451 | Job Date: 10/11/2012 | Delivery: Expedited | Division: | Bank of America |
| Billing Atty: | | Matter #: | L10320-20120613 |
| Location: | McGuireWoods<br>434 Fayetteville Street | Suite 2600 | Raleigh, NC | | |
| Sched Atty: | Susan Pyle Dion, Esq | McGuire Woods LLP | | |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Original with 1 Certified Transcript | Page | 288.00 | $5.62 | $1,618.56 |
| | Attendance Fee | 1 | 2.00 | $50.00 | $100.00 |
| Timothy Bell | Exhibits | Per Page | 79.00 | $0.35 | $27.65 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Shipping & Handling | Package | 1.00 | $18.50 | $18.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $1,803.71 |
| Payment: | ($1,803.71) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

| **To pay online, go to www.Veritext.com**<br>Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | Invoice #:<br>Job #:<br>Invoice Date:<br>Balance: | CS1589713<br>1535451<br>10/24/2012<br>$0.00 |
|---|---|---|---|

89621