UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:12-cv-412

TIMOTHY BELL,

    Plaintiff,

v.

BANK OF AMERICA and
LAJUNE RAY,

    Defendants.

## NOTICE OF WITHDRAWAL OF MOTION FOR BILL OF COSTS

On October 3, 2013, Bank of America and LaJune Ray filed a Motion for Bill of Costs in the above-captioned action. *See* Dkt. Entry 46. The matter has been resolved and, accordingly, defendants hereby withdraw their Motion for Bill of Costs.

This the 1st day of May 2014.

    Respectfully submitted,

    BANK OF AMERICA
    LAJUNE RAY

    /s/ Susan P. Dion
    Bruce M. Steen (N.C. Bar No. 30222)
    bsteen@mcguirewoods.com
    Susan P. Dion (N.C. Bar No. 28032)
    sdion@mcguirewoods.com
    MCGUIREWOODS LLP
    201 North Tryon Street, Ste. 3000
    Charlotte, North Carolina 28202
    704.353.6244
    704.353.6200 (Facsimile)

    Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Civil Action No. 5:12-cv-412

TIMOTHY BELL,

    Plaintiff,

v.

BANK OF AMERICA and
LAJUNE RAY,

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the following attorney for plaintiff:

> Anthony J. Cuticchia, Jr.
> Cuticchia Law Firm, PLLC d/b/a AJC Legal Services
> 16 West Martin Street, # 308
> Raleigh, North Carolina 27601
> Email: ajc@ajclegal.com

> /s/ Susan P. Dion
> Bruce M. Steen (N.C. Bar No. 30222)
> bsteen@mcguirewoods.com
> Susan P. Dion (N.C. Bar No. 28032)
> sdion@mcguirewoods.com
> MCGUIREWOODS LLP
> 201 North Tryon Street, Ste. 3000
> Charlotte, North Carolina 28202
> 704.353.6244
> 704.353.6200 (Facsimile)
>
> Attorneys for Defendants